FILED '22 02 24 AM09:31 MDGA-ALB

# United States District Court
# Middle District of Georgia
# Albany Division

Lavarn Watson                                  Civil Action No. /:22-cv-24

**plaintiff**

VS.

Jimmy Norman

Steven Carter

Bo Dorough

**Defendants**

## Jurisdiction

This civil action authorized by 42 U.S.C. 1983 to redress the deprivation while under color of state law while performance of their official duties deprived plaintiff of his protected rights secured by the United States Constitution. The Court has jurisdiction under 28 U.S.C. 1343, 42 USC 20002-1, 42 U.S.C. 2000,2-2, Plaintiff seeks declaratory relief pursuant to 28 U.S.C. 2201 and 7202.

## Plaintiff

Lavarn C. Watson, Plaintiff is and at all times mentioned in this complaint resides within the city of Albany, Georgia at 1112 A-University St. 31707 within the county of Dougherty.

## Defendants

Defendant Jimmy Norman Utility director at 1726 Lily Pond Road, Albany, Ga 31701

Defendant Steven Carter is the city manager at 222 Pine Avenue 31702

Defendant Bo Dorough is Albany, Georgia Mayor at 225 Pine Avenue 31702

## Facts

On 1-25-22 at 4:48 pm, I went to Albany Utilities and paid my utility bill, which was $168.92. At that time, I was told I had to pay all of the bill which was $392.99 and if I didn't pay it by the end of January my utilities would be disconnected.

On 1-26-22 I went back to Albany Utilities and paid what the person told me I had to pay to bring my bill up to date, which was $240.00 which I paid in January $408.92.

On 1-29-22 I received another bill from Albany Utilities stating I was past due $407.99 and my total bill was $620.69.

With the above anyone can see, something is wrong. If you look at bill number 10375692 the past due on 12-16-21 is $153.92, however the next bill number 10416888 past due is $407.99. What happened that caused the great difference? Moreover, I just paid Albany Utilities in January $407.99.

At this point it is my belief that the City of Albany is seeking revenge because I fight Prejudice and Discriminatory practices. We have some people within leadership who still believe in Slavery condition, and they promote them whenever giving a chance. It is just to much

going on from the City of Albany that's violating my constitutional rights. The following is a list of one's who have violated my constitutional rights:

1. The City Police Department
2. The County Law Library
3. And now the City Utility Department

It is to much going on to say, the above is not some type of revenge.

Further, why do I have to pay sewer, stormwater and penalties fees when the United States Constitution says welfare of citizens is the Government's responsibility.

The Albany Utility have violated, the opening words of the first paragraph of the Constitution of the United States as well as the Eighth Amendment. Further, they have violated then Georgia Constitution Article IV, section I, Paragraph II.

The power and authority of regulating the charges for services should be fair and just for the plaintiff to pay for sewer, solid waste, stormwater and penalties fees, when one observes the opening words of the first paragraph of the Constitution as well as the Georgia Constitution Article IV.

Albany Utility has chosen to penalize plaintiff by punishing him for the same violation three times. This violates plaintiff Constitutional rights under the United States Constitution. All of this was because I didn't have the money to pay the bill at the time the bill was due. This is called, deceiving the plaintiff, and violating the 5th Amendment.

The defendant said, within their payment policies: when bills are not paid on or before the due date, the bill shall be considered delinquent, and the late charge will be applied. If the account remains unpaid at 5:00 pm ten days after the due date shown on the bill, the services will be considered disconnected, and the service fee applies.

The above means, if a citizen of the United States doesn't have the money to pay their bill when it is due, the defendants punish the citizen by a <u>late charge.</u> Further, if the citizen doesn't have the money within the ten days another punishment is applied by a service fee as well as the citizen lights <u>is disconnected</u>. Also, there is a <u>reconnect fee</u> when the electric is connected back to the resident.

This means a citizen is punish four (4) times for being unable to pay the bill. Not at all, considering what cause the problem for not having the money.

United States Constitution states, for the same offense no person shall be put twice in jeopardy. The defendant not only punish twice, but they punish four times, which not only violates the Constitution of Georgia, but it violates the United States Constitution as well. This is what we call misleading and deceiving as well as unjust and illegal.

Further, Article I of the United States Constitution, Section IX "(9)" is being violated by the Albany Utility department every year. We see nothing and we know nothing therefore my constitutional rights are being violated every day.

## Legal Claims

The facts related above discloses a concerted and systematic effort by defendants and their agents to deprive plaintiff of unconstitutionally secured rights including, but not limited to those enumerated in the succeeding paragraphs.

## Grounds I

The defendants have violated the Georgia Constitution, Article IV "(4)" Section I, prohibit public Utilities from charging other than just and reasonable rates and enforce the same by adequate penalties, which

violates my 8th and 14th Amendment rights of the United States Constitution, as well as the 5th Amendment.

### Grounds II

The defendants violated Article I, Section IX "(9)" of the United States Constitution, whereby violating my Eighth, Fourteenth and Thirtieth Amendment of the United States Constitution.

### Grounds III

When plaintiff pays for sewer and stormwater, it violates the Georgia Constitution, Article IV Section I, Paragraph II as well as the 8th Amendment to the United States Constitution.

### Grounds IV

When the defendants choose to deceive the plaintiff in paying his bill, violated the 8th and 14th Amendment to the United States Constitution.

### Grounds V

When defendants choose to violate their oath of office, defendants violated my 8th and 14th Amendment to the United States Constitution.

### Relief

Wherefore, plaintiff respectfully request that this Court order that the defendants stop the wrong described herein, and that the defendants put away their personal feeling and conduct themselves in line with the

Constitution of the United States Constitution of Georgia and Oath office.

    Further, Plaintiff seeks One Million Dollars "(1,000,000.00)" for the defendant's violation of plaintiff Constitutional rights.

    Plaintiff respectfully requests such other and further relief that the Court deems to be appropriate and just.

Respectfully Submitted

Rev. Dr. Lavarn C. Watson

1112 University St.

Albany, Ga 31707

Dated 2-23-22

Pro Se

# Certificate of Service

Rev. Dr. Lavarn C. Watson hereby certify that I have served a true and correct copy of the foregoing 42 U.S.C. 1983 civil action upon the defendants through the Middle District Court on 2-24-22.

*Rev. Dr. Lavarn C. Watson*

Rev. Dr. Lavarn C. Watson

1112 A University St.

Albany, GA 31707

Subscribed and sworn to before me this 23rd day of February 2022

*Kenneth Span*
Notary Public