# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| LAVARN C. WATSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 1:22-CV-24 (LAG) |
| : | |
| JIMMY NORMAN, *et al.*, : | |
| : | |
| Defendants. : | |
| _____ : | |

## ORDER

On February 24, 2022, *pro se* Plaintiff Lavarn C. Watson initiated this action and moved for leave to proceed *in forma pauperis* (IFP). (Docs. 1–2). On March 2, 2022, after reviewing Plaintiff's Motion for Leave to Proceed IFP, the Court ordered Plaintiff to file an amended motion or "pay the full filing fee" within twenty-one days. (*See* Doc. 4 at 3). The Court cautioned Plaintiff that the "failure to comply fully and timely" would "result in the dismissal of this action without further notice or proceedings." (*Id.* (citing *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam)). More than twenty-one days have passed since the Court's March 2nd Order and Plaintiff has not filed an amended IFP motion or paid the filing fee. Accordingly, Plaintiff's Complaint is **DISMISSED without prejudice** for failure to comply with the Court's Order. *See Brown*, 205 F. App'x at 802 ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))).

**SO ORDERED**, this 12th day of April, 2022.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**