IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

LAVARN C. WATSON,                          *

               Plaintiff,          *

v.                                             Case No. 1:22-CV-24(LAG)

                      *

JIMMY NORMAN, et al,                        *

             Defendants.             *

_____    *

## **J U D G M E N T**

Pursuant to this Court's Order dated April 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of April, 2022.

David W. Bunt, Clerk


s/ William C. Lawrence, Deputy Clerk